FILE COPY

RE: Case No. 14-1039                    DATE: 4/17/2015

COA #: 12-13-00038-CV    TC#: 08-CV-30,215

STYLE: JOAQUIN INDEPENDENT SCHOOL DISTRICT
    v. SHELBY COUNTY APPRAISAL DISTRICT, ET AL.

Today the Supreme Court of Texas denied the motion for rehearing of the above-referenced petition for review.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 2 0 2015

TYLER TEXAS
CATHY S. LUSK, CLERK